Judgment, pay twofold value, $166. Stand one hour in pillory. Thirty-nine lashes on the bare back, etc. Sold seven years as a servant. Pay costs of prosecution, and committed.

## STATE v. ISAAC JONES and JOSHUA HURLEY.

Court of Quarter Sessions. November 18, 1829.

*Stout's Notes.*

*Rogers* [for State]. *Layton* [for defendants].

1. Elizabeth O'Day, sworn. Mr. Jones came to my house after dark, and wanted to come in. My doors were closed. He wanted his pocket-book. I offered it to him through a large crack in the wall. He swore he would not receive it. I opened the door. He forced in, seized me by the neck, tried to strangle me, wanted me [to] drink, I refused, he kicked, pulled off his clothes. We got him out. He came back, tried to force open my door, broke off a piece of my door. He hurted me in the breast, in one of my hands, and my forehead, and caused me to spit blood. Joshua Hurley was out of doors hollowing to the old President and singing to the hickory. I did not see him. He was about twenty yards from my door. I knew his voice.

Cross-examined. Mr. Jones had dropped his pocket-book at my house, and about a year afterward he came to my house and abused me. I had told his wife. The black woman picked up the pocket-book, there was no money in it. I opened it and looked, there was papers in it. I live close by Middleford. My daughter lives with me, no one else.

1. William Jones, sworn, witness for defendants. Elizabeth O'Day's character for veracity is very bad. I would not believe her on her oath.

2. John Dean, sworn. I was present with Isaac Jones at Elizabeth O'Day's house when the affray took place. She invited him to come in. She sat down on Isaac Jones's lap and he laid his arm around her. She drank with him. He was not angry with her. As soon as he got his pocket-book he went away.

Cross-examined. I saw Jones try to make O'Day drink. He gave her drink, and she drank of her own accord.

3. John H. Elligood, sworn. I know Elizabeth O'Day; her general character for speaking the truth is bad. I would as soon not believe her as I would believe her on her oath.

4. Sally Hurley. Set aside, she being the wife of one of the co-defendants, and not competent because it may tend to the acquittal of the husband, a party.

5. John Davis, sworn. I know Elizabeth O'Day, never heard anything against her general good character.

Submitted without argument or charge. Verdict, not guilty.

### STATE v. ISAAC COLLINS, free Negro.

Court of Quarter Sessions. November 19, 1829.

*Stout's Notes.*

*Rogers* [for State]. *Layton* [for defendant].

| | | |
|---|---|---|
| 1 pair fustian trousers | value | [$]1.00 |
| 1 pair cotton trousers | value | 2.00 |
| | | $3.00 |
| | | 2 |
| | Twofold value | $6.00 |

Property [of] Isaac Watson.

1. Isaac Watson, sworn. About ten, October 4, in Nanticoke Hundred at my house, missed two pair trousers, suspected Isaac Collins. About the time heard Isaac Collins in my kitchen. I know him by his voice. I obtained a warrant against him. The constable searched his chest, and found my cotton trousers in his chest. The other pair he did not find. Afterward the other pair was found, so that I had restored to me both pair, value $3.00. Isaac Collins passes as a free man.

2. William T. Carlisle, sworn, constable. Found the cotton trousers in Isaac's chest. Isaac Watson claimed them.